# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 25, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Avenue, Northwest
Washington, DC 20001

      Re:   **Utility Air Regulatory Group**
             **v. Environmental Protection Agency, et al.**
             No. 12-1146;
      Re:   **American Chemistry Council, et al.**
             **v. Environmental Protection Agency, et al.**
             No. 12-1248;
      Re:   **Energy-Intensive Manufacturers Working Group on Greenhouse**
             **Gas Regulation, et al.**
             **v. Environmental Protection Agency, et al.**
             No. 12-1254;
      Re:   **Southeastern Legal Foundation, Inc., et al.**
             **v. Environmental Protection Agency, et al.**
             No. 12-1268;
      Re:   **Texas, et al.**
             **v. Environmental Protection Agency, et al.**
             No. 12-1269;
                and
      Re:   **Chamber of Commerce of the United States, et al.**
             **v. Environmental Protection Agency, et al.**
             No. 12-1272  (Your docket Nos. 09-1322, et al., 10-1073, et al.,
             10-1092, et al., 10-1167, et al.

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled cases.  You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                                  Sincerely,

                                                  SCOTT S. HARRIS, Clerk

                                                  By  *Elizabeth Brown*

                                                  Elizabeth Brown
                                                  Judgments/Mandates Clerk

cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 25, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Robert R. Gasaway
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005

    Re:  **Utility Air Regulatory Group
           v. Environmental Protection Agency, et al.
           No. 12-1146**

    Re:  **American Chemistry Council, et al.
           v. Environmental Protection Agency, et al.
           No. 12-1248**

    Re:  **Energy-Intensive Manufacturers Working Group on Greenhouse
           Gas Regulation, et al.
           v. Environmental Protection Agency, et al.
           No. 12-1254**

    Re:  **Southeastern Legal Foundation, Inc., et al.
           v. Environmental Protection Agency, et al.
           No. 12-1268**

    Re:  **Texas, et al.
           v. Environmental Protection Agency, et al.
           No. 12-1269**
                and
    Re:  **Chamber of Commerce of the United States, et al.
           v. Environmental Protection Agency, et al.
           No. 12-1272**

Dear Mr. Gasaway:

    Today, a certified copy of the judgment of this Court in the above-entitled cases was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

    The petitioners are given recovery of **_one-half_** costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $52,865.50 |
| **Clerk's costs** |   1,800.00  ($150.00 to each set of petitioners) |
| **Total:** | $54,665.50 |
| **_One-half costs:_** | *$27,332.75* |

This amount may be collected from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc: All counsel of record
Clerk, USCA for the District of Columbia Circuit
(Your docket Nos. 09-1322, et al., 10-1073, et al., 10-1092, et al., 10-1167, et al.)

# Supreme Court of the United States

*No.*     12-1146

**UTILITY AIR REGULATORY GROUP,**

                              Petitioner

**v.**

**ENVIRONMENTAL PROTECTION AGENCY, ET AL.;**


**12-1248**

**AMERICAN CHEMISTRY COUNCIL, ET AL.,**

                              Petitioners

**v.**

**ENVIRONMENTAL PROTECTION AGENCY, ET AL.;**


**12-1254**

**ENERGY-INTENSIVE MANUFACTURERS WORKING GROUP
ON GREENHOUSE GAS REGULATION, ET AL.,**

                              Petitioners

**v.**

**ENVIRONMENTAL PROTECTION AGENCY, ET AL.;**


**12-1268**

**SOUTHEASTERN LEGAL FOUNDATION, ET AL.,**

                              Petitioners

**v.**

**ENVIRONMENTAL PROTECTION AGENCY, ET AL.;**


**12-1269**

**TEXAS, ET AL.,**

                              Petitioners

**v.**

**ENVIRONMENTAL PROTECTION AGENCY, ET AL.;**

and

12-1272

## CHAMBER OF COMMERCE OF THE UNITED STATES, ET AL.,

Petitioners

v.

## ENVIRONMENTAL PROTECTION AGENCY, ET AL.;

**ON WRITS OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THESE CAUSES** came on to be heard on the transcript of the record from the above court and were argued by counsel.

Court that the judgment of the above court is affirmed in part and reversed with costs.

**IT IS FURTHER ORDERED** that the petitioners Utility Air Regulatory Group; American Chemistry Council, et al.; Energy-Intensive Manufacturers Working Group on Greenhouse Gas Regulation, et al.; Southeastern Legal Foundation, et al.; Texas, et al.; and Chamber of Commerce of the United States, et al. recover from Environmental Protection Agency, et al. *<u>one-half costs</u>* Twenty-seven Thousand Three Hundred Thirty-two Dollars and Seventy-five Cents ($27,332.75) for costs herein expended.

June 23, 2014

**Printing of record:**   $52,865.50
**Clerk's costs**          <u>  1,800.00</u>  ($150.00 to each set of petitioners)
**Total:**                 $54,665.50

*<u>One-half costs:</u>*   $27,332.75



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp