**ORAL ARGUMENT HELD FEBRUARY 28 & 29, 2012**
**DECIDED JUNE 26, 2012**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR RESPONSIBLE REGULATION, INC., *et al.*, | |
| *Petitioners*, | |
| v. | No. 09-1322 (and consolidated cases) |
| ENVIRONMENTAL PROTECTION AGENCY, | COMPLEX |
| *Respondent*, | |
| COALITION FOR RESPONSIBLE REGULATION, INC., *et al.*, | |
| *Petitioners*, | |
| v. | No. 10-1073 (and consolidated cases) |
| ENVIRONMENTAL PROTECTION AGENCY, | COMPLEX |
| *Respondent*, | |
| COALITION FOR RESPONSIBLE REGULATION, INC., *et al.*, | |
| *Petitioners*, | |
| v. | No. 10-1092 (and consolidated cases) |
| ENVIRONMENTAL PROTECTION AGENCY, | COMPLEX |
| *Respondent*, | |

|  |  |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, | ) |
| *Petitioner*, | ) ) ) ) |
| v. | ) No. 10-1167 ) (and consolidated cases) ) |
| ENVIRONMENTAL PROTECTION AGENCY, | ) COMPLEX ) ) ) |
| *Respondent*, | ) ) ) |

## UNOPPOSED JOINT MOTION OF PETITIONERS AND RESPONDENTS TO EXTEND THE DEADLINE FOR MOTIONS TO GOVERN FUTURE PROCEEDINGS AND RESPONSES THERETO

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 27(h) of the Rules of this Circuit, petitioners and respondents in these consolidated cases jointly request that the deadline for motions to govern future proceedings be extended by twenty-one (21) days, to and including October 21, 2014, and that the deadline for responses to those motions be extended similarly, to and including November 25, 2014. The requested extension is warranted to allow the parties on each side additional time to prepare and coordinate their filings and avoid duplicative submissions. None of the parties to these cases opposes the relief requested by this joint motion.

1. These cases involve petitions for review challenging a series of rulemakings by the U.S. Environmental Protection Agency (EPA) addressing emissions of greenhouse gases from mobile and stationary sources. A panel of this

2

Court dismissed or denied the petitions in full in an opinion dated June 26, 2012; the Court thereafter denied petitions for rehearing or rehearing *en banc* on December 20, 2012. The Supreme Court subsequently granted petitions for certiorari seeking review of the judgment. On June 23, 2014, the Supreme Court issued an opinion affirming in part and reversing in part the judgment of this Court in these cases. *Utility Air Regulatory Group v. EPA*, 134 S. Ct. 2427 (2014).

2. On August 25, 2014, this Court entered an order directing the parties in these cases "[to] file motions to govern further proceedings ... in light of the Supreme Court's decision in *Utility Air Regulatory Group v. EPA*, 134 S. Ct. 2427 (2014)." The order stated further that "to the extent possible[ ] the parties are strongly encouraged to file jointly ... [and] are reminded that the Court looks with disfavor upon duplicative submissions."

3. In accord with this order, petitioners and respondents have consulted on several occasions in an effort to reach agreement on the terms of a single joint motion to govern. However, despite diligent efforts, petitioners and respondents are unable to reach such agreement in light of material differences and conflicts in the positions to be advanced by each side respectively. For that reason, petitioners and respondents will submit separate motions to govern in response to the Court's order.

4. An extension of the deadline for motions to govern is warranted to permit the parties on each side to further consult and coordinate in order to, as directed by the Court, avoid duplication and consolidate their filings so far as possible.

3

Allowing the parties additional time to prepare their filings may also result in greater clarification of the issues for resolution and avoid unnecessary waste of resources of the parties and this Court, and constitutes "good cause" for an extension under Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 27(h) of the Rules of this Circuit.

     5.    For the foregoing reasons, petitioners and respondents jointly request that this Court extend the deadline for filing motions to govern in these cases for an additional twenty-one (21) days, to and including October 21, 2014, and extend the deadline for responses to those motions similarly, to and including November 25, 2014. Those motions and the responses thereto will conform to this Court's rules, and the parties will endeavor to file jointly and avoid duplicative submissions in accord with this Court's prior order. The parties further agree that, absent order of Court, no reply or other additional briefs shall be filed with respect to the motions to govern.

Dated: September 23, 2014

Respectfully submitted,

/s/ Roger R. Martella, Jr.
Roger R. Martella, Jr.
Peter D. Keisler
Timothy K. Webster
Quin M. Sorenson
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Email: rmartella@sidley.com

*Counsel for Petitioners in Case Nos. 10-1127, 10-1129, 10-1167, 10-1168, 10-1169, 10-1170, 10-1176, 10-1178, 10-1179, 10-1180, 10-1218, 10-1220*

*On Behalf and with Consent of Counsel for Other Petitioners and Respondents in These Consolidated Cases*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2014, I caused the foregoing Motion to be filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system.

                                                    /s/ Roger R. Martella, Jr.