# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-1322**  **September Term, 2014**

EPA-74FR66496
EPA-75FR49556

Filed On: September 30, 2014

Coalition for Responsible Regulation, Inc., et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------

State of Michigan, et al.,
       Intervenors

------------------------------

Consolidated with 10-1024, 10-1025, 10-1026, 10-1030, 10-1035, 10-1036, 10-1037, 10-1038, 10-1039, 10-1040, 10-1041, 10-1042, 10-1044, 10-1045, 10-1046, 10-1234, 10-1235, 10-1239, 10-1245, 10-1281, 10-1310, 10-1318, 10-1319, 10-1320, 10-1321

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 09-1322**                          **September Term, 2014**

**No. 10-1073**

**EPA-75FR17004**
**EPA-75FR31514**

Coalition for Responsible Regulation, Inc., et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------

American Frozen Food Institute, et al.,
       Intervenors

------------------------------

Consolidated with 10-1083, 10-1099, 10-1109, 10-1110, 10-1114, 10-1118, 10-1119, 10-1120, 10-1122, 10-1123, 10-1124, 10-1125, 10-1126, 10-1127, 10-1128, 10-1129, 10-1131, 10-1132, 10-1145, 10-1147, 10-1148, 10-1199, 10-1200, 10-1201, 10-1202, 10-1203, 10-1206, 10-1207, 10-1208, 10-1210, 10-1211, 10-1212, 10-1213, 10-1216, 10-1218, 10-1219, 10-1220, 10-1221, 10-1222

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 09-1322**  **September Term, 2014**

**No. 10-1092**

EPA-75FR25323
EPA-75FR25324
EPA75FR25324

Coalition for Responsible Regulation, Inc., et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Langboard, Inc. - MDF, et al.,
       Intervenors
------------------------------

Consolidated with 10-1094, 10-1134, 10-1143, 10-1144, 10-1152, 10-1156, 10-1158, 10-1159, 10-1160, 10-1161, 10-1162, 10-1163, 10-1164, 10-1166, 10-1182

# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 09-1322**                                              **September Term, 2014**

**No. 10-1167**

EPA-43FR26380
EPA-43FR26388
EPA-45FR52676
EPA-67FR80186

American Chemistry Council,

      Petitioner

      v.

Environmental Protection Agency and Lisa Perez Jackson, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

Chamber of Commerce of the United States of America, et al.,

      Intervenors

------------------------------

Consolidated with 10-1168, 10-1169, 10-1170, 10-1173, 10-1174, 10-1175, 10-1176, 10-1177, 10-1178, 10-1179, 10-1180

**O R D E R**

      Upon consideration of the unopposed joint motion of petitioners and respondents to extend the deadline for motions to govern future proceedings and responses thereto, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 09-1322**                                    **September Term, 2014**

     **ORDERED** that the motion be granted in part.  Any motions to govern future proceedings are due by 4:00 p.m. on October 21, 2014, and any responses are due by 4:00 p.m. on November 21, 2014.  In addition to electronic filing, the parties are directed to deliver paper copies to the court by the time and date due.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                  BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk