# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR RESPONSIBLE REGULATION, INC., ET AL.,<br>    Petitioners,<br><br> v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br>    Respondent. | **No. 09-1322**<br>(consolidated with<br>Nos. 10-1024, 10-1025, 10-1026,<br>10-1030, 10-1035, 10-1036,<br>10-1037, 10-1038, 10-1039, 10-1040,<br>10-1041, 10-1042, 10-1044, 10-1045,<br>10-1046, 10-1234, 10-1235, 10-1239,<br>10-1245, 10-1281, 10-1310, 10-1318,<br>10-1319, 10-1320, and 10-1321)<br><br>**COMPLEX** |
| COALITION FOR RESPONSIBLE REGULATION, INC., ET AL.,<br>    Petitioners,<br><br> v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br>    Respondent. | **No. 10-1073**<br>(consolidated with<br>Nos. 10-1083, 10-1099, 10-1109,<br>10-1110, 10-1114, 10-1118, 10-1119,<br>10-1120, 10-1122, 10-1123, 10-1124,<br>10-1125, 10-1126, 10-1127, 10-1128,<br>10-1129, 10-1131, 10-1132, 10-1145,<br>10-1147, 10-1148, 10-1199, 10-1200,<br>10-1201, 10-1202, 10-1203, 10-1206,<br>10-1207, 10-1208, 10-1210, 10-1211,<br>10-1212, 10-1213, 10-1216, 10-1218,<br>10-1219, 10-1220, 10-1221, and<br>10-1222)<br><br>**COMPLEX** |

| | |
|---|---|
| COALITION FOR RESPONSIBLE REGULATION, INC., ET AL.,<br>　　　　　　Petitioners,<br><br>　　　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br>　　　　　　Respondent. | **No. 10-1092**<br>(consolidated with<br>Nos. 10-1094, 10-1134 10-1143, 10-1144, 10-1152, 10-1156, 10-1158, 10-1159, 10-1160, 10-1161, 10-1162, 10-1163, 10-1164, 10-1166, and 10-1182)<br><br>**COMPLEX** |

## MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PETITION FOR REHEARING AND REHEARING EN BANC

Eric Groten
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
(512) 524-8709
egroten@velaw.com
*Counsel for Petitioners in Case Nos.*
*09-1322, 10-1073, 10-1092, 10-1132*

Richard P. Hutchison
LANDMARK LEGAL FOUNDATION
3100 Broadway, Suite 1210
Kansas City, MO 64111
(816)-931-5559
pete@landmarklegal.org
*Counsel for Petitioners in Case Nos.*
*10-1152, 10-1208*

Sam Kazman
Hans Bader
COMPETITIVE ENTERPRISE INSTITUTE
1899 L Street, NW, 12th Floor
Washington, DC 20036
(202) 331-2265
*Co-Counsel for Petitioners in Case Nos.*

Shannon L. Goessling
SOUTHEASTERN LEGAL FOUNDATION, INC.
2255 Sewell Mill Road, Suite 320
Marietta, GA 30062
(770) 977-2131
shannon@southeasternlegal.org
*Counsel for Petitioners in Case Nos.*
*10-1035, 10-1045, 10-1083, 10-1094, 10-1131, 10-1143, 10-1318*

Edward A. Kazmarek
Douglas E. Cloud
C. Max Zygmont
KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0840
skazmarek@kmclaw.com
*Co-Counsel for Petitioners in Case Nos.*
*10-1035, 10-1045, 10-1083, 10-1094, 10-1131, 10-1143, 10-1318*

*10-1045, 10-1143, 10-1318*

EPA's July 1, 2015, Response to the Petition for Rehearing and Rehearing En Banc goes beyond the Petition for Rehearing, manufacturing red-herring procedural issues through legal and factual inaccuracies. Petitioners submit that balanced analysis of these issues will aid this Court's consideration of the Petition. Petitioners respectfully ask this Court for leave to file the Reply submitted concurrently herewith.

EPA argues that Petitioners lack standing. This argument underscores the need for rehearing because it demonstrates EPA's misunderstanding of *Utility Air Regulatory Group v. EPA*, 134 S. Ct. 2427 (2014) ("*UARG*"). Specifically, EPA admits in its Response that it continues to apply a permitting threshold of 75,000 tons per year despite the holding in *UARG* that it was not a true *de minimis* level. Further, EPA misinterprets *UARG* to mean "that it is EPA's option to create a *de minimis* threshold for the application of BACT to greenhouse gases." Response at 7. From this flawed premise, EPA argues that Petitioners lack standing because the "'relief' sought would cause Petitioner injury, not redress it." Response at 14. But *UARG*'s clear holding and the relief sought is the opposite of what EPA suggests; in fact, a *de minimis* level is required before EPA may require the application of BACT to greenhouse gases from anyway sources. *See id.* 134 S. Ct. at 2449 ("EPA may require an 'anyway' source to comply with greenhouse gas BACT *only if* the source emits more than a *de minimis* amount of greenhouse gases . . .) (emphasis added). The concurrently-submitted Reply addresses EPA's standing argument by clarifying obfuscation and conflation

1

EPA uses to support its reading of *UARG* and then demonstrating that Petitioners' have standing under the correct reading of *UARG*.

Additionally, EPA argues that the Petition cannot be heard because the mandate has already issued and because Petitioners filed in only three of the four lead consolidated cases. But EPA misstates the law pertaining to mandates and filing requirements in consolidated cases. Case law provides that the Petition stayed the mandate in the case, and this Circuit's Rules provide that "[w]hen rehearing en banc is granted, the court will recall the mandate if it has issued." Circuit Rule 41(a)(4). Furthermore, the Federal Rules of Appellate Procedure and this Court's internal operating procedures also permit joint treatment of consolidated cases such that no contradictory results ensue.

Because neither the Federal Rules of Appellate Procedure nor this Court's Rules permit or prohibit replies in support of petitions for rehearing, no applicable time limits or other procedural rules exist. Nevertheless, this Motion is filed within the seven-day period for replies in support of motions. *See* FRAP 27(a)(4). This Motion (and the accompanying Reply) will reach the Court on July 7, 2015, less than seven days after Respondent's July 1, 2015, Response. Because the Reply is submitted concurrently and this Court has yet to decide the Petition for Rehearing, granting this motion will cause no delay and will not prejudice the Respondent.

The undersigned has contacted counsel for Respondent regarding this Motion for Leave. Counsel for Respondent stated it opposes this motion.

2

Wherefore, Petitioners respectfully ask this Court to grant this Motion for Leave to File a Reply in Support of their Petition for Rehearing.

Dated:  July 7, 2015                    Respectfully submitted,

/s/ Eric Groten
Eric Groten
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746
(512) 524-8709
egroten@velaw.com
*Counsel for Petitioners in Case Nos. 09-1322, 10-1073, 10-1092, 10-1132*

/s/ Shannon L. Goessling
Shannon L. Goessling
SOUTHEASTERN LEGAL FOUNDATION, INC.
2255 Sewell Mill Road, Suite 320
Marietta, GA 30062
(770) 977-2131
shannon@southeasternlegal.org
*Counsel for Petitioners in Case Nos. 10-1035, 10-1045, 10-1083, 10-1094, 10-1131, 10-1143, 10-1318*

/s/ Richard P. Hutchison
Richard P. Hutchison
LANDMARK LEGAL FOUNDATION
3100 Broadway, Suite 1210
Kansas City, MO 64111
(816)-931-5559
pete@landmarklegal.org
*Counsel for Petitioners in Case Nos. 10-1152, 10-1208*

Edward A. Kazmarek
Douglas E. Cloud
C. Max Zygmont
KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street, NE, Suite 3600
Atlanta, GA 30309
(404) 812-0840
skazmarek@kmcllaw.com
*Co-Counsel for Southeastern Legal Foundation, Inc., et al.*

/s/ Sam Kazman
Sam Kazman
Hans Bader
COMPETITIVE ENTERPRISE INSTITUTE
1899 L Street, NW, 12th Floor
Washington, DC  20036
(202) 331-2265
*Co-Counsel for Petitioners in Case Nos. 10-1045, 10-1143, 10-1318*

3

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Circuit Rule 25(c), I hereby certify that, on this 7th day of July, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered CM/ECF users will be served by the Court's CM/ECF system.

/s/ Shannon L. Goessling
Shannon L. Goessling