# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 09-1322** | **September Term, 2014** |
| | EPA-74FR66496 |
| | **Filed On:** August 7, 2015 |

Coalition for Responsible Regulation, Inc., et al.,

        Petitioners

    v.

Environmental Protection Agency,

        Respondent

------------------------------
State of Michigan, et al.,
        Intervenors
------------------------------
Consolidated with 10-1024, 10-1025, 10-1026,
10-1030, 10-1035, 10-1036, 10-1037,
10-1038, 10-1039, 10-1040, 10-1041,
10-1042, 10-1044, 10-1045, 10-1046,
10-1234, 10-1235, 10-1239, 10-1245,
10-1281, 10-1310, 10-1318, 10-1319,
10-1320, 10-1321

_____

**No. 10-1073**

        EPA-75FR17004
        EPA-75FR31514

Coalition for Responsible Regulation, Inc., et al.,

        Petitioners

    v.

Environmental Protection Agency,
    Respondent
------------------------------
American Frozen Food Institute, et al.,
        Intervenors

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-1322**                                          **September Term, 2014**

------------------------------
Consolidated with 10-1083, 10-1099,
10-1109, 10-1110, 10-1114, 10-1118,
10-1119, 10-1120, 10-1122, 10-1123,
10-1124, 10-1125, 10-1126, 10-1127,
10-1128, 10-1129, 10-1131, 10-1132,
10-1145, 10-1147, 10-1148, 10-1199,
10-1200, 10-1201, 10-1202, 10-1203,
10-1206, 10-1207, 10-1208, 10-1210,
10-1211, 10-1212, 10-1213, 10-1216,
10-1218, 10-1219, 10-1220, 10-1221,
10-1222

_____

**No. 10-1092**

EPA-75FR25323
EPA-75FR25324
EPA75FR25324

Coalition for Responsible Regulation, Inc., et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------
Langboard, Inc. - MDF, et al.,
    Intervenors
------------------------------

Consolidated with 10-1094, 10-1134,
10-1143, 10-1144, 10-1152, 10-1156,
10-1158, 10-1159, 10-1160, 10-1161,
10-1162, 10-1163, 10-1164, 10-1166,
10-1182

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-1322**                                              **September Term, 2014**

**BEFORE:**   Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett,* Pillard, and Wilkins, Circuit Judges; and Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of petitioners' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote; and petitioners' motion for leave to file a reply and the lodged reply, it is

**ORDERED** that the motion for leave to file a reply be denied. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the petition be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

* Circuit Judge Millett did not participate in this matter.