# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 09-1322**  September Term, 2014

EPA-74FR66496

**Filed On:** August 7, 2015

Coalition for Responsible Regulation, Inc., et al.,

       Petitioners

   v.

Environmental Protection Agency,

       Respondent

------------------------------
State of Michigan, et al.,
       Intervenors
------------------------------

Consolidated with 10-1024, 10-1025, 10-1026, 10-1030, 10-1035, 10-1036, 10-1037, 10-1038, 10-1039, 10-1040, 10-1041, 10-1042, 10-1044, 10-1045, 10-1046, 10-1234, 10-1235, 10-1239, 10-1245, 10-1281, 10-1310, 10-1318, 10-1319, 10-1320, 10-1321

_____

**No. 10-1073**

EPA-75FR17004  
EPA-75FR31514

Coalition for Responsible Regulation, Inc., et al.,

       Petitioners

   v.

Environmental Protection Agency,

       Respondent

------------------------------
American Frozen Food Institute, et al.,
       Intervenors

## No. 09-1322                               September Term, 2014

------------------------------
Consolidated with 10-1083, 10-1099,
10-1109, 10-1110, 10-1114, 10-1118,
10-1119, 10-1120, 10-1122, 10-1123,
10-1124, 10-1125, 10-1126, 10-1127,
10-1128, 10-1129, 10-1131, 10-1132,
10-1145, 10-1147, 10-1148, 10-1199,
10-1200, 10-1201, 10-1202, 10-1203,
10-1206, 10-1207, 10-1208, 10-1210,
10-1211, 10-1212, 10-1213, 10-1216,
10-1218, 10-1219, 10-1220, 10-1221,
10-1222

_____

## No. 10-1092

EPA-75FR25323
EPA-75FR25324
EPA75FR25324

Coalition for Responsible Regulation, Inc., et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------
Langboard, Inc. - MDF, et al.,
       Intervenors
------------------------------
Consolidated with 10-1094, 10-1134,10-1143,
10-1144, 10-1152, 10-1156, 10-1158,
10-1159, 10-1160, 10-1161, 10-1162,
10-1163, 10-1164, 10-1166, 10-1182

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-1322**                                                                                **September Term, 2014**

**BEFORE:**   Rogers and Tatel, Circuit Judges; Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of petitioners' petition for panel rehearing filed on May 27, 2015, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                   BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk